```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 09 B 00371
     DEBRA MARIE CLAY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-5701


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/08/2009 and was not confirmed.

     The case was dismissed without confirmation 03/03/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
EMC MORTGAGE CORPORATION CURRENT MORTG         .00            .00           .00
EMC MORTGAGE CORPORATION SECURED NOT I         .00            .00           .00
EMC MORTGAGE             UNSECURED       NOT FILED            .00           .00
ACCOUNTS RECEIVABLE MANA UNSECURED       NOT FILED            .00           .00
ADVOCATE CHRIST MEDICAL  UNSECURED       NOT FILED            .00           .00
CITY OF CHICAGO PARKING  UNSECURED       NOT FILED            .00           .00
ILLINOIS TOLLWAY AUTHORI UNSECURED       NOT FILED            .00           .00
LINEBARGER GOGGAN BLAIR  UNSECURED       NOT FILED            .00           .00
PEDIATRIC ASSOCIATES PC  UNSECURED       NOT FILED            .00           .00
SANTANDER CONSUMER USA   SECURED NOT I    12920.60            .00           .00
EMC MORTGAGE CORPORATION MORTGAGE NOTI   NOT FILED            .00           .00
CAVALRY PORTFOLIO SERVIC UNSECURED        10740.01            .00           .00
PRA RECEIVABLES MGMT     UNSECURED          581.18            .00           .00
ROUNDUP FUNDING LLC      UNSECURED         1252.11            .00           .00
PRO SE DEBTOR            DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         ---------------     ---------------
TOTALS                       .00                    .00



                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 09 B 00371 DEBRA MARIE CLAY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 09 B 00371 DEBRA MARIE CLAY